IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-05-00290-CV

 

IN THE
MATTER OF THE MARRIAGE OF 

Michael
Eilers AND Patricia Eilers 

 

and In
the Interest of L.S.E., 

R.W.E.
and J.M.M., Children

 

 

 

 



From the 82nd District Court

Robertson County, Texas

Trial Court No. 04-11-D-9978-DV

 



concurring and dissenting Opinion










 

          Someday, but apparently not today, we
will quit re-lawyering cases for the parties.  Michael’s first issue does not
seek reformation to reflect the child support as contractual support rather
than that which can be ordered for a legally recognized child of the payee of
child support.  I try to avoid deciding issues the parties have not presented
or granting relief not requested.  Thus, I concur in much of the opinion and
judgment of the Court, but not the portion in which the Court goes off on its
detour, reforming the judgment in a manner not presented to us for disposition,
nor asked for as relief and, therefore, must dissent from those portions.

 

                                                          TOM
GRAY

                                                          Chief
Justice

 

Concurring
and dissenting opinion delivered and filed August 30, 2006